## ALASKA REGIONAL COUNCIL OF CARPENTERS
## MEMORANDUM AGREEMENT

It is mutually understood and agreed by the undersigned Employer and the Carpenters Regional Council of Alaska, for and on behalf of all its affiliated Local Unions, that, in consideration of labor performed and to be performed, the Employer shall comply with all wages, hours, and working conditions set forth in the current agreements between the Associated General Contractors of Alaska ("AGC"), Millwright Employers Association, Inc. (MEA) and Locals 2520, 1281, 1501, 2247, and 1243 of the United Brotherhood of Carpenters, and any future modifications, extensions, or renewals thereof (the "Local Agreements"). The undersigned Employer has satisfied itself that the Union has proved or offered to prove with authorization cards that it represents a majority of its carpentry, millwright and piledriver employees and therefore recognizes the Union as the collective bargaining representative of all of the Employer's employees performing work covered by the Local Agreements. The undersigned Employer acknowledges having been provided copies of the Local Agreements. It is the intent of the parties to have a collective bargaining relationship within the meaning of Section 9(a) of the National Labor Relations Act. Each of the Local Agreements shall apply within the extent of its geographical and craft jurisdiction.

The Employer, by executing this Memorandum Agreement, continues to be bound by each agreement previously signed by the Employer, if any, for all work performed by the Employer as described in the Local Agreements, regardless of the name or style or method of organization of any employer entity and applies to any company, firm or corporation in the construction industry with which the undersigned Employer has any connection of any nature whatsoever.

The Employer agrees to pay all sums of money for each hour paid or worked by employees performing work covered by the Local Agreements to each of the Trust Funds specified in those Local Agreements, and to accept, assume, and be bound by all of the obligations of any Trust Agreement, Plan or rules and any amendments, modifications or changes thereof made by the parties thereto. The Employer further agrees that it irrevocably designates and appoints the employer trustees of the Trust Funds mentioned in the Local Agreements as this Employer's attorneys-in-fact for the selection, removal and substitution of trustees or Board members as provided in the Trust Agreements or plans.

The Union agrees to perform all of the provisions of the Local Agreements.

This Memorandum Agreement shall be binding upon the heirs, executors, administrators, successors, purchasers and assigns of the Employer, including any name or style under which business is conducted with respect to work covered by this Memorandum Agreement.

Except as set forth below the Employer waives any right to terminate, abrogate, repudiate or cancel this Memorandum Agreement during its term, or during the term of any future modifications, changes, amendments, supplements, extensions or renewals of this Memorandum Agreement, or to file or process any petition before the National Labor Relations Board seeking such termination, abrogation, repudiation or cancellation.

This Memorandum Agreement shall remain in full force and effect until June 30, 2007 and shall continue thereafter for the term of any future modifications, changes, amendments, supplements, extensions or renewals of or to this Agreement unless either party to this Memorandum Agreement gives written notice to the other of the desire to change or cancel not more than ninety (90) nor less than sixty (60) days prior to June 30, 2007 or June 30 of any year thereafter in which the Local Agreements may terminate. Neither this Memorandum Agreement nor the Local Agreements, which are incorporated herein, may be changed or modified in any way without written approval of the Executive Secretary Treasurer of the Alaska Regional Council of Carpenters.

The Effective Date of this Memorandum Agreement is: **5/18/05**

**FOR THE UNION:**
Alaska Regional Council of Carpenters
410 Denali Street, Suite 100
Anchorage, AK 99501

By: _Kathleen Bugbee_ (Signature of Regional Council Authorized Representative)
KATHLEEN BUGBEE (Regional Council Representative – Printed)
Dated: 7/29/05

Local Union: CARPENTERS 1281
Street Address: 407 DENALI ST #100
Mailing Address: SAME
City, State, Zip Code: ANCHORAGE, AK 99501
Telephone Number/Fax Number: 907/276-3533; 907/276-7962

Company is (Corporation)/Partnership/Sole Proprietorship (Circle One)
The Officers/Partners/Owners are: JEFF PFILE, PRES.
DALE SANDVIK, SEC/TREAS.

**FOR THE EMPLOYER:**
By: _Sandvik_ (Signature of Authorized Representative)
DALE R. SANDVIK (Authorized Representative – Printed)
Date: 5/1/05
Title or Position: SECR/TREASURER
Name of Employer: SANDVIK PFILE CONST., INC
Street Address: 1200 E. 76th – SUITE 1222
Mailing Address: P.O. BOX 91593
City, State, Zip Code: ANCHORAGE, AK 99509
Telephone Number/Fax Number: 907-277-2291
Workers' Compensation Carrier: ATC
Bonding Company: WESTERN SURETY Co.
Contractors' License Number: 27780

ONE JOB AGREEMENT FOR EAST H/S.

29.08 / 5.15 / 7.90 / .05    051430 #8

EXHIBIT 1