STATE OF ALASKA
DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
JUNEAU, ALASKA

## CERTIFICATE OF SERVICE

I, Linda S. Hall, Director of Insurance, certify that I have been served with the attached document(s): SUMMONS IN A CIVIL ACTION, PLAINTIFFS' COMPLAINT AND ATTACHED EXHIBIT IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA,

STATE OF ALASKA, FOR THE USE AND BENEFIT OF TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURIYT, RETIREMENT, DEFINED CONTRIBUTION PENSION AND SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,

VS

SANDVIK PFILE CONSTRUCTION, INC. AND WESTERN SURETY COMPANY BOND NO. 14630897,

CASE NO. 3:06-CV-0137 CIV.

and that I have accepted, on your behalf, the above service, as received through the U.S. Mail in Juneau, Alaska, on the 19TH DAY OF JULY, 2006.

In accordance with the provisions of AS 08.18.081, one copy of the document together with my certification is forwarded to you:

WESTERN SURETY COMPANY,

at your address on file in this office, via certified mail, return receipt requested.

Do not file your answer or response with this office. Direct your questions or response to the court, attorney, or party whose name and address appear on the document served.

*Linda S. Hall*

Linda S. Hall
Director

Service of Process Section
Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805
Ariel Yadao
Phone (907) 465-2515



IN TESTIMONY WHEREOF
I have hereunto set my
hand and affixed my
official seal, at
Juneau, Alaska this 25TH DAY
OF JULY, 2006.