Sarah E. Josephson
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>  Plaintiffs,<br><br>vs.<br><br>SANDVIK PFILE CONSTRUCTION, INC. and WESTERN SURETY COMPANY Bond No. 14630897,<br><br>  Defendants. | Case No. 3:06-CV-0137 TMB |

**RULE 4(l) AFFIDAVIT**

STATE OF ALASKA         )
                        )ss.
THIRD JUDICIAL DISTRICT )

    Leslie D. Jones, being first duly sworn on oath, deposes and states:

{00128191 }

Case No. 3:06-CV-0137 TMB

1. I am a legal secretary with the law firm of Jermain, Dunnagan & Owens, P.C., attorneys for plaintiffs in the above action.

2. On August 17, 2006, service of the Summons and Complaint was effected on Dale R. Sandvik, Registered Agent for Sandvik Pfile Construction, Inc., via restricted delivery, return receipt mail. Attached is a copy of the return of service.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Leslie D. Jones

SUBSCRIBED AND SWORN to before me this 23rd day of August, 2006.

_____
Notary Public in and for the State of Alaska
My commission expires: 5/12/07

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322