| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9849 4300 6613 | A. Received by (Please Print Clearly): Anne Benson  B. Date of Delivery: 8/17/06  C. Signature: X Anne Ben  ☐ Agent  ☐ Addressee  D. Is delivery address different from item 1?  If YES, enter delivery address below: ☐ Yes  ☐ No |
| 3. Service Type  **CERTIFIED MAIL** | |
| 4. Restricted Delivery? (Extra Fee)  ☒ Yes | |
| 1. Article Addressed to:  Sandvik Pfile Construction, Inc.  C/o Dale R. Sandvik, Registered Agent  P.O. Box 4704  Palmer, AK 99645  AUG 2 1 2006 | **Reference Information**  15000.483  sej |

PS Form 3811, January 2005    Domestic Return Receipt

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322