Sarah E. Josephson
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>SANDVIK PFILE CONSTRUCTION, INC. and WESTERN SURETY COMPANY Bond No. 14630897,<br><br>Defendants. | **Case No. 3:06-CV-0137 TMB** |

## STATUS REPORT

Plaintiffs, by and through counsel, Jermain, Dunnagan & Owens, P.C. file this status report in the above-referenced matter. The parties are currently engaged in

negotiations to resolve this matter. The status of negotiations will be brought before the Trustees at a Trust meeting on September 15, 2006. Plaintiffs will file a further status report after the Trust meets notifying the Court if settlement was reached.

Therefore, Plaintiffs respectfully request a stay in applying for default against the defendants until that time.

                                              JERMAIN, DUNNAGAN & OWENS
                                              Attorneys for Plaintiffs

Dated: 09/12/06                    By:   s/Sarah E. Josephson
                                                  Sarah E. Josephson
                                                  Jermain, Dunnagan & Owens
                                                  3000 A Street, Suite 300
                                                  Anchorage, AK  99503
                                                  (907) 563-8844
                                                  (907) 563-7322
                                                  sjosephson@jdolaw.com
                                                  ABA No. 9705017

CERTIFICATE OF SERVICE
This is to certify that on this 12th day of
September, 2006, a true and correct copy
of the foregoing was delivered via U.S. Mail
to:

\*\*Robert Sobraske  (courtesy copy)
Western Surety Company
P.O. Box 5077
Sioux Falls SD  57117-5077

\*\*Jeff Pfile (courtesy copy)
4190 Carefree Drive
Wasilla, AK  99654

s/Sarah E. Josephson

\*\* Counsel is unaware of legal representation for either defendant.