Sarah E. Josephson
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>        Plaintiffs,<br><br>vs.<br><br>SANDVIK PFILE CONSTRUCTION, INC. and WESTERN SURETY COMPANY Bond No. 14630897,<br><br>        Defendants. | **Case No. 3:06-CV-0137 TMB** |

## NOTICE OF DISMISSAL

      Come now Plaintiffs, the management and labor trustees of the Southern Alaska Carpenters Health and Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and Training Trust Funds ("Trust Funds") and hereby give notice of the dismissal of defendant Western

Surety Company, Bond No. 14630897.  All claims in this action by plaintiffs against defendant Western Surety Company, Bond No. 14630897, shall be dismissed with each party to be responsible for its own costs and attorney fees.  This dismissal does not affect plaintiffs' claims against defendant, Sandvik Pfile Construction, Inc.

Dated: 11/06/06                          By: _____/s/_____
                                               Sarah E. Josephson
                                               Jermain, Dunnagan & Owens
                                               3000 A Street, Suite 300
                                               Anchorage, AK  99503
                                               (907) 563-8844
                                               (907) 563-7322
                                               sjosephson@jdolaw.com
                                               ABA No. 9705017

**ORDER**

IT IS SO ORDERED.

DATE: _____

                                               _____
                                               U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE
This is to certify that on this 6th day of
November, 2006, a true and correct copy
of the foregoing was delivered via U.S. Mail
to:

**Robert Sobraske  (courtesy copy)
Western Surety Company
P.O. Box 5077
Sioux Falls SD  57117-5077

**Jeff Pfile (courtesy copy)
4190 Carefree Drive
Wasilla, AK  99654

s/Sarah E. Josephson

**  Counsel is unaware of legal representation for either defendant.