Sarah E. Josephson
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>        Plaintiffs,<br><br>vs.<br><br>SANDVIK PFILE CONSTRUCTION, INC. and WESTERN SURETY COMPANY Bond No. 14630897,<br><br>        Defendants. | **Case No. 3:06-CV-0137 TMB** |

## STATUS REPORT

      Plaintiffs, by and through counsel, Jermain, Dunnagan & Owens, P.C. file this

status report in the above-referenced matter.  The parties have resolved this matter as to

all defendants.  Plaintiffs have filed a Notice of Dismissal of Western Surety Company and will file a Notice of Dismissal of Sandvik Pfile Construction, Inc., as soon as the settlement is finalized.

JERMAIN, DUNNAGAN & OWENS
Attorneys for Plaintiffs


Dated:11/13/06

By:   s/Sarah E. Josephson
      Sarah E. Josephson
      Jermain, Dunnagan & Owens
      3000 A Street, Suite 300
      Anchorage, AK  99503
      (907) 563-8844
      (907) 563-7322
      sjosephson@jdolaw.com
      ABA No. 9705017

CERTIFICATE OF SERVICE
This is to certify that on this 13th day of
November, 2006, a true and correct copy
of the foregoing was delivered via U.S. Mail
to:

**Robert Sobraske  (courtesy copy)
Western Surety Company
P.O. Box 5077
Sioux Falls SD  57117-5077

**Jeff Pfile (courtesy copy)
4190 Carefree Drive
Wasilla, AK  99654

s/Sarah E. Josephson

**  Counsel is unaware of legal representation for either defendant.