Sarah E. Josephson
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE SOUTHERN ALASKA CARPENTERS HEALTH AND SECURITY, RETIREMENT, DEFINED CONTRIBUTION PENSION and SOUTHCENTRAL AND SOUTHEASTERN ALASKA CARPENTERS APPRENTICESHIP AND TRAINING TRUST FUNDS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SANDVIK PFILE CONSTRUCTION, INC. and WESTERN SURETY COMPANY Bond No. 14630897,<br><br>　　　　　Defendants. | **Case No. 3:06-CV-0137 TMB** |

## NOTICE OF DISMISSAL

Come now Plaintiffs, the management and labor trustees of the Southern Alaska Carpenters Health and Security, Retirement, Defined Contribution Pension and Southcentral and Southeastern Alaska Carpenters Apprenticeship and Training Trust Funds ("Trust Funds") and pursuant to Fed. R. Civ. P. 41(a)(1) hereby give notice of the

{00135278 }Notice of Dismissal                                                                                              Page 1 of 2
Case No. 3:06-CV-0137 (TMB)

dismissal of defendant Sandvik Pfile Construction, Inc.  All claims in this action by plaintiffs against defendant Sandvik Pfile Construction, Inc., shall be dismissed without prejudice.

Dated: 12/11/06                          By:    s/Sarah E. Josephson
                                                      Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017

CERTIFICATE OF SERVICE
This is to certify that on this 11th  day of
December, 2006, a true and correct copy
of the foregoing was delivered via U.S. Mail
to:

**Robert Sobraske  (courtesy copy)
Western Surety Company
P.O. Box 5077
Sioux Falls SD  57117-5077

**Jeff Pfile (courtesy copy)
4190 Carefree Drive
Wasilla, AK  99654

s/Sarah E. Josephson

** Counsel is unaware of legal representation for either defendant.